UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------ X
                                           :
UNITED STATES OF AMERICA                   :
                                           :          S1 25cr484-14(DLC)
              -v-                          :
                                           :             ORDER
ROBERT JOHNSON,                            :
                                           :
                      Defendant.           :
                                           :
------------------------------------------ X

DENISE COTE, District Judge:

     IT IS HEREBY ORDERED that an initial conference will be held

on **April 30, 2026 at 2:00 PM** in Courtroom 18B, 500 Pearl Street,

New York, NY, 10007.  Trial is scheduled to begin on September

14, 2026.

Dated:    New York, New York
          April 28, 2026

                              _____
                                        DENISE COTE
                              United States District Judge