# L. SCOTT SHERMAN
ATTORNEY - AT - LAW


July 30, 2026

**Via ECF**
Hon. Denise L. Cote
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States v. Robert Johnson*, 25 Cr. 484 (DLC)

Dear Judge Cote:

We represent Robert Johnson in the above-referenced matter. We are currently engaged in plea negotiations with the government and awaiting supplemental discovery that the government is diligently working to produce. Accordingly, we respectfully request a one-week extension of the motions deadline from July 31, 2026, to August 7, 2026, and the government's response deadline from August 7, 2026, to August 14, 2026. The government does not oppose this request.

Thank you for your attention to this matter.

Granted.
Denise Cote
7/31/26

Respectfully submitted,

/s/

L. Scott Sherman
Grainne E. O'Neill

Cc: All counsel of Record (via ECF)


11 BROADWAY, SUITE 615, NEW YORK, NY 10004
TELEPHONE 646.354.1001 • SCOTT@SCOTTSHERMANLAW.COM
ADMITTED IN CALIFORNIA • DISTRICT OF COLUMBIA • LOUISIANA • NEW YORK