UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>-v-<br>ROBERT JOHNSON,<br>Defendant. | S1 25cr484-14(DLC)<br>ORDER |

DENISE COTE, District Judge:

It is hereby

ORDERED that the trial of the defendant Robert Johnson is adjourned to January 19, 2027 at 9:30 AM in Courtroom 18B, 500 Pearl Street.

IT IS FURTHER ORDERED that any Trial Memorandum, Rule 404(b) motions and motions in limine shall be filed by **December 4, 2026**; opposition to any motions shall be filed by **December 11, 2026.** Two courtesy copies shall be delivered by counsel to Chambers on the same day.

IT IS FURTHER ORDERED that any written Voir Dire requests and Requests to Charge shall be filed by **December 11, 2026.** Two courtesy copies shall be delivered by counsel to Chambers on the same day.

IT IS FURTHER ORDERED that the final pretrial conference is scheduled for **January 8, 2027** at **2:00 PM** in Courtroom 18B, 500 Pearl Street.

The Court's Individual Rules of Trial Practice in Criminal Cases are enclosed.

Dated: New York, New York
October 16, 2026

DENISE COTE
United States District Judge