UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

-v-

ROBERT JOHNSON,
Defendant.

S1 25cr484-14(DLC)

ORDER

DENISE COTE, District Judge:

On October 30, 2026, defendant Robert Johnson requested in a *pro se* filing that the August 7 pretrial motions filed by his prior counsel be withdrawn. The Government opposed the August 7 motions on August 14. The defendant has a trial date of January 19, 2027. It is hereby

ORDERED that by November 10 current counsel for the defendant shall advise the Court whether the August 7 motions are withdrawn.

Dated: New York, New York
November 5, 2026

Denise Cote
DENISE COTE
United States District Judge