**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*Jacob K. Javits Federal Building*
*26 Federal Plaza, 37th Floor*
*New York, NY 10278*

November 5, 2026

**BY ECF**
Hon. Denise Cote
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**Re: *United States v. Robert Johnson*, (S1) 25 Cr. 484 (DLC)**

Dear Judge Cote:

We write to respectfully request that, in light of the adjournment of the trial to January 19, 2026, the Government's expert disclosures deadline (which was set at the initial conference) be adjourned from November 6, 2026, to November 20, 2026. The Government further requests that any defense expert disclosures be submitted by November 27, 2026. The requested expert disclosure deadlines would allow the parties to raise any disputes relating to expert disclosures during motions *in limine* submissions, which are due December 4, 2026. The defense does not object to the proposed schedule.

Granted.
Denise Cote
11/6/26

Respectfully submitted,

JAMES M. MCDONALD
United States Attorney for the
Southern District of New York

By: /s/
Remy Grosbard
Adam Z. Margulies
Lauren E. Phillips
Assistant United States Attorneys
(212) 637-2446 / -2345 / -2231

cc: All Counsel of Record (by ECF)